May 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GERALD PORTER, Appellant

NO. 14-13-00919-CV                    V.

THE APPRAISAL GROUP, INC. AND ERVIN L. LEHMAN, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 8, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gerald Porter.

We further order this decision certified below for observance.